**Order entered September 21, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00677-CV

### NICOLLE BUSBY, Appellant

### V.

### CITY OF DALLAS AND SAGE POINTE APARTMENTS, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14901**

## ORDER

The docketing statement in this appeal reflects appellant has requested preparation of the reporter's record. However, by letter filed July 12, 2018, court reporter Tenesa Shaw informed the Court no record was taken of the summary judgment hearing that resulted in the order being challenged on appeal. Accordingly, as the clerk's record has been filed, we **ORDER** appellant to file her brief no later than October 22, 2018.

/s/    DAVID EVANS
       JUSTICE